THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>PIERCE COUNTY HOUSING AUTHORITY<br>603 S. POLK STREET<br>TACOMA, WA 98445-0410<br>TAX ID 91-1105806,<br><br>Debtor. | **USDC NO. 09-CV-05742**<br><br>BANKR. NO. 08-45227<br><br>BAP NO. WW-09-1342<br><br>APE NO. 09-T005<br><br>ORDER RE: VOLUNTARY DISMISSAL OF APPEAL<br><br>**[CLERK'S ACTION REQUIRED]** |

THIS MATTER having come before this Court, upon motion filed by Appellant Eagles Watch, and this Court having reviewed the records and files herein, and good cause appearing to this Court for entry of the following Order for voluntary dismissal of the appeal in the above-entitled case with prejudice and without costs or fees to either party. Appellee, Pierce County Housing Authority, has reviewed the Motion and has no objection to the granting of this dismissal motion upon stated terms.

/ / /

/ / /

ORDER RE: VOLUNTARY DISMISSAL OF APPEAL - 1 of 2
No. 09-CV-05742 RBL

LAW OFFICES
PFAU COCHRAN VERTETIS KOSNOFF PLLC
911 PACIFIC AVENUE, SUITE 200
TACOMA, WASHINGTON 98402-4413
(253) 777-0799 - FACSIMILE (253) 627-0654

THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED:

The appeal taken by Eagle's Watch Creditors, from the order granting motion for summary judgment entered on October 15, 2009, by Judge Paul B. Snyder of the United States Bankruptcy Court for the Western District of Washington in the above-entitled case is dismissed with prejudice; each party to bear its' own appellate costs and appellate attorneys' fees incurred; that an Order of dismissal is made and entered by the Clerk of this Court, and that notification of the entry of such Order be transmitted to the Clerk of the Bankruptcy Court and to the parties.

DONE this 11th day of December, 2009.

*(signature)*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

PFAU COCHRAN VERTETIS KOSNOFF PLLC

By /s/ Darrell L. Cochran_____
    Darrell L. Cochran, WSBA No. 22851
    darrell@pcvklaw.com
    Jason P. Amala, WSBA No. 37054
    jason@pcvklaw.com
    Attorneys for Eagles Watch Creditors

ORDER RE: VOLUNTARY DISMISSAL OF APPEAL - 2 of 2
No. 09-CV-05742 RBL

LAW OFFICES
PFAU COCHRAN VERTETIS KOSNOFF PLLC
911 PACIFIC AVENUE, SUITE 200
TACOMA, WASHINGTON 98402-4413
(253) 777-0799 - FACSIMILE (253) 627-0654